UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

---

Winfield Solutions, LLC,

           Plaintiff,

v.

DeAngelo Brothers, LLC,

           Defendant.

Case No._____

**COMPLAINT**

---

For its Complaint against Defendant, Plaintiff states and alleges as follows:

**PARTIES, JURISDICTION
AND VENUE**

1.    Plaintiff Winfield Solutions, LLC ("Winfield") is a Delaware limited liability company. Winfield's sole member is Land O'Lakes, Inc. ("Land O'Lakes"), which is a Minnesota cooperative corporation with its principal place of business located in Arden Hills, Minnesota. Under 28 U.S.C. § 1332(c)(1), Land O'Lakes is a citizen of the State of Minnesota. Because its sole member is a citizen of the State of Minnesota, Winfield is also a citizen of the State of Minnesota.

2.    Defendant DeAngelo Brothers, LLC ("DeAngelo Brothers") is a Delaware limited liability company. DeAngelo Brothers' sole member is Partners Group (USA), Inc. ("Partners Group"), which is a Delaware corporation with its principal place of business located in New York, New York. Under 28 U.S.C. § 1332(c)(1), Partners Group

is a citizen of the States of Delaware and New York. Because its sole member is a citizen of the States of Delaware and New York, DeAngelo Brothers is also a citizen of the States of Delaware and New York.

3. The amount in controversy in this case, exclusive of costs and interest, exceeds the sum of $75,000.00.

4. The Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1332(a) based upon the complete diversity of citizenship between Winfield and DeAngelo Brothers and the fact that the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.00.

5. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) and Local Rule 1.04.

## FACTS COMMON TO ALL COUNTS

6. Winfield is engaged in the business of producing and distributing agricultural chemicals and products.

7. DeAngelo Brothers is engaged or was engaged in the business of railway and road maintenance.

8. In November 2019, DeAngelo Brothers submitted a Credit Application and Agreement ("Credit Agreement") to Winfield to purchase agricultural chemicals on credit. A true and correct copy of the Credit Agreement, redacted to omit confidential information, is attached to this Complaint as Exhibit A.

9. Under the terms of the Credit Agreement, DeAngelo Brothers agreed to timely pay all invoices from Winfield. DeAngelo Brothers further agreed to pay

2

Winfield late charges on any past-due amounts at the rate of 18% per year and any attorney fees, costs and disbursements incurred by Winfield in collecting any amounts due.

10. DeAngelo Brothers purchased and received agricultural chemicals from Winfield pursuant to the Credit Agreement.

11. DeAngelo Brothers failed to pay for certain agricultural chemicals that it purchased and received from Winfield from July through October 2021 (hereinafter "the Products"). Winfield delivered the Products to DeAngelo Brothers at various locations in Florida, including locations in this judicial district.

12. The unpaid principal balance due to Winfield for the Products is $89,902.70. A true and correct summary of the unpaid invoices for the Products is attached to this Complaint as Exhibit B. True and correct copies of the unpaid invoices are collectively attached to this Complaint as Exhibit C.

13. As of December 1, 2021, the amounts due under the unpaid invoices had accrued late charges in the amount of $2,882.01. Late charges have accrued since December 1, 2021, and will continue to accrue in the future, at the rate of $44.34 per day. A true and correct summary of the late charges is attached to this Complaint as Exhibit D.

14. DeAngelo Brothers has failed and refused to pay Winfield the amounts due for the Products.

15. Winfield has incurred, and will continue in the future to incur, attorney fees, costs and disbursements to collect payment for the Products.

16. Winfield has satisfied all conditions to the prosecution of this action.

## COUNT I
## ACTION FOR THE PRICE

Winfield restates all of the foregoing paragraphs of this Complaint and further states and alleges as follows:

17. The Products constitute "goods" under Section 2-105(1) of the Uniform Commercial Code ("Code").

18. DeAngelo Brothers purchased, received and accepted the Products from Winfield. DeAngelo Brothers used the Products in connection with its business.

19. Under Sections 2-607 and 2-709 of the Code, Winfield is entitled to recover the purchase price for the Products from DeAngelo Brothers in the principal amount of $89,902.70.

20. Winfield is also entitled to recover late charges from DeAngelo Brothers in the amount of $2,882.01, and additional late charges at the rate of $44.34 per day from December 1, 2021, through the date of entry of judgment, together with all of its attorney fees, costs and disbursements.

## COUNT II
## BREACH OF CONTRACT

Winfield restates all of the foregoing paragraphs of this Complaint and further states and alleges as follows:

21. DeAngelo Brothers contracted and agreed to pay Winfield the purchase price for the Products.

22. DeAngelo Brothers breached its contractual obligations to Winfield by failing to pay the purchase price for the Products.

23. Winfield is entitled to recover the purchase price for the Products from DeAngelo Brothers in the principal amount of $89,902.70.

24. Winfield is also entitled to recover late charges from DeAngelo Brothers in the amount of $2,882.01, and additional late charges at the rate of $44.34 per day from December 1, 2021, through the date of entry of judgment, together with all of its attorney fees, costs and disbursements.

**WHEREFORE**, Winfield respectfully prays for this Court's judgment as follows:

1. Awarding Winfield money damages against DeAngelo Brothers in the principal amount of $89,902.70;

2. Awarding Winfield late charges against DeAngelo Brothers in the amount of $2,882.01, plus additional late charges at the rate of $44.34 per day from December 1, 2021, through the date of entry of judgment;

3. Awarding Winfield all of its attorney fees, costs and disbursements; and

4. Granting Winfield all such other and further relief as the Court deems just

and equitable under the circumstances.

                          WILLIS ODEN

Dated: December 28, 2021        By: s/Jon Marshall Oden
                                        Jon Marshall Oden
                                        Florida Bar No. 0038172

                                        2121 S. Hiawassee Road, Suite 116
                                        Orlando, FL 32835
                                        Telephone:  (407) 903-9939
                                        Facsimile:   (407) 903-9929
                                        Email:  joden@willisoden.com

                                        Attorneys for Plaintiff