UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

---

Winfield Solutions, LLC,

      Plaintiff,

v.                               Case No. 3:21-cv-01280-BJD-LLL

DeAngelo Brothers, LLC,

      Defendant.

---

### PLAINTIFF'S MOTION SEEKING ENTRY OF FINAL JUDGMENT AFTER DEFAULT AND COMBINED SUPPORTING MEMORANDUM

Plaintiff WINFIELD SOLUTIONS, LLC, by and through its undersigned Attorney, hereby moves this Honorable Court for the entry of Final Judgment after Default in this case. As grounds, Plaintiff states:

1.     This lawsuit was filed on December 28, 2021.

2.     The Defendant was personally served with process through its registered agent on December 30, 2021.

3.     There was no timely response to the Complaint, and the Clerk entered a Default on January 24, 2022. (Doc. 7)

4.     As addressed in the Complaint, this case involves disputes under a Credit Application and Agreement executed in November 2019. Pursuant to that agreement which was

attached as Exhibit A to the Complaint, the Plaintiff sold turf-protection products to Defendant which then failed to pay for the products delivered. The Credit Agreement provides a default interest rate of 18 % per annum.

5. The principal amount owed is $89,902.70.

6. Attached hereto as Exhibit A is an affidavit of Ann Bickelhaupt, a credit manager of WINFIELD SOLUTIONS, LLC, attesting to this liquidated damage amount. Default interest accrued since default at the rate of $44.34/day. As of 12/1/21 the interest accumulation is $2882.01.

7. Federal Rule of Civil Procedure 55(b) authorizes the Clerk of Court to enter the requested Default Final Judgment.

**WHEREFORE**, Plaintiff WINFIELD SOLUTIONS, LLC respectfully requests this Honorable Court enter a Final Judgment in its favor against Defendant for breach of contract and awarding Plaintiff its reasonably expended attorney's fees and costs as the prevailing party hereto.

DATED: February 14, 2022

/s/ Jon Marshall Oden
Jon Marshall Oden, Esquire
Florida Bar No. 0038172
WILLIS & ODEN, PL
Attorney for Plaintiff,
2121 S. Hiawassee Road, Suite 116
Orlando, FL  32835-8762
(407) 903-9939 - Office
(407) 903-9929 - Fax
joden@willisoden.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

Winfield Solutions, LLC,

        Plaintiff,

v.

DeAngelo Brothers, LLC,

        Defendant.

Case No. 3:21-CV-01280-BJD-LLL

**AFFIDAVIT OF SUM CERTAIN**

STATE OF MINNESOTA    )
                                   ) ss.
COUNTY OF RAMSEY      )

        **ANN M. BICKELHAUPT**, being first duly sworn upon oath, deposes and states as follows:

        1.    I am employed as a Credit Manager for Plaintiff Winfield Solutions, LLC ("Winfield"). I have personal information and knowledge relating to the facts set forth in this Affidavit.

**A.    Subject-Matter Jurisdiction.**

        2.    Winfield is a Delaware limited liability company. Winfield's sole member is Land O'Lakes, Inc., which is a Minnesota cooperative corporation with its principal place of business located in Arden Hills, Minnesota. Winfield's address is 4001 Lexington Avenue North, Arden Hills, Minnesota 55126.



3. Defendant DeAngelo Brothers, LLC ("DeAngelo Brothers") is a Delaware limited liability company. DeAngelo Brothers' sole member is Partners Group (USA), Inc., which is a Delaware corporation with its principal place of business located in New York, New York. DeAngelo Brothers' address for service of process is DeAngelo Brothers, LLC, c/o Corporation Service Co., 80 State Street, Albany, New York 12207-2543.

4. The amount in controversy in this case, exclusive of costs and interest, exceeds the sum of $75,000.00.

**B.     Account.**

5. Winfield is engaged in the business of producing and distributing agricultural chemicals and products.

6. DeAngelo Brothers is engaged or was engaged in the business of railway and road maintenance.

7. In November 2019, DeAngelo Brothers submitted a Credit Application and Agreement ("Credit Agreement") to Winfield to purchase agricultural chemicals on credit. A true and correct copy of the Credit Agreement, redacted to omit confidential information, is attached to Winfield's Complaint as Exhibit A.

8. Under the terms of the Credit Agreement, DeAngelo Brothers agreed to timely pay all invoices from Winfield. DeAngelo Brothers further agreed to pay Winfield late charges on any past-due amounts at the rate of 18% per year and any attorney fees, costs and disbursements incurred by Winfield in collecting any amounts due.

9. DeAngelo Brothers purchased and received agricultural chemicals from Winfield pursuant to the Credit Agreement.

**C.  Sum Certain Due to Winfield.**

10. DeAngelo Brothers failed to pay for certain agricultural chemicals that it purchased and received from Winfield from July through October 2021 (hereinafter "the Products").

11. The unpaid principal balance due to Winfield for the Products is $89,902.70. A true and correct summary of the unpaid invoices for the Products is attached to Winfield's Complaint as Exhibit B.  True and correct copies of the unpaid invoices are collectively attached to Winfield's Complaint as Exhibit C.

12. As of December 1, 2021, the amounts due under the unpaid invoices had accrued late charges in the amount of $2,882.01.  Late charges have accrued since December 1, 2021, and will continue to accrue in the future, at the rate of $44.34 per day. A true and correct summary of the late charges is attached to Winfield's Complaint as Exhibit D.

13. DeAngelo Brothers has failed and refused to pay Winfield the amounts due for the Products.

14. Winfield was forced to commence this case against DeAngelo Brothers to collect the amounts due under the invoices for the Products.  Winfield paid a fee to file this case in the amount of $400.00.

3

15. DeAngelo Brothers failed to answer or otherwise respond Winfield's Complaint. Accordingly, on January 24, 2022, the Clerk of Court entered a default against DeAngelo Brothers. (*See* ECF Doc. 7).

16. Based upon the foregoing, your Affiant respectfully requests the Clerk of Court to enter judgment in favor of Winfield and against DeAngelo Brothers for the following amounts:

    a. The principal amount due under the invoices for the Products in the amount of $89,902.70;

    b. Late charges to December 1, 2021, in the amount of $2,882.01;

    c. Additional late charges at the rate of $44.34 per day from December 1, 2021, through the date of entry of judgment; and

    d. The filing fee paid by Winfield in the amount of $400.00.

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Ann M. Bickelhaupt

Subscribed and sworn to before me
on this 11th day of February, 2022.

_____
Notary Public  Cynthia Mueller
Exp: 3/18/25

4